THOMAS M. SHAY ET AL., APPELLANTS, v. TOWNSHIP OF DELAWARE ET AL., RESPONDENTS.

Submitted October 27, 1939—Decided January 25, 1940.

For the appellants, *Patrick H. Harding.*

For the respondents, *Ralph W. Wescott, Edwin S. Dickerson, Jr.,* and *Gene R. Mariano.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 12.

*For reversal*—None.